NO. 12-10-00398-CV

 

IN THE COURT OF APPEALS          

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

EDDIE THOMPSON,
INDIVIDUALLY    §          APPEAL FROM THE 

AND d/b/a EDDOT
CONSTRUCTION/

THOMPSON DIRT,                                      

APPELLANT                                                            

 

V.                                                                    §          COUNTY
COURT AT LAW                                                                        

 

FAITH TEMPLE CHURCH OF

GOD IN CHRIST,

APPELLEE                                                   §          NACOGDOCHES
 COUNTY, TEXAS







MEMORANDUM
OPINION

PER CURIAM

            Appellee
has filed a motion to dismiss this appeal asserting that this court lacks
jurisdiction because no final judgment or other appealable order has been
signed by the trial court.  Appellant has responded that he “agrees with
Appellee’s reasons that this court lacks jurisdiction.”  Accordingly,
Appellee’s motion is granted, and the appeal is dismissed. 


            Opinion delivered
December 30, 2010.

            Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

                                                                    (PUBLISH)